**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONES, BELL, ABBOTT, FLEMING & FITZGERALD L.L.P., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. CV 17-7752 PA (RAOx) <br><br> JUDGMENT |

In accordance with the Court's June 11, 2018 Findings of Fact and Conclusions of Law, it is ORDERED, ADJUDGED, and DECREED that:

1. Judgment is entered against plaintiff Jones, Bell, Abbott, Fleming & Fitzgerald L.L.P. and in favor of defendant the United States of America (the "Government"); and

2. The Government shall have its costs of suit.

DATED: June 11, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE